| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>SEATTLE DIVISION |
| KONAF K S.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:20-CV-1080-MLP<br><br><br>ORDER ON SENTENCE SIX REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Appeals Council will remand the case to an administrative law judge for a de novo hearing. This Court should retain jurisdiction over the case. If the outcome of the de novo hearing is unfavorable to Plaintiff, she may seek judicial review by reinstating this case rather than by filing a new Complaint. If the outcome is favorable to Plaintiff, the parties will move this Court for entry of Judgment.

Page 1　　ORDER ON SENTENCE SIX REMAND –
　　　　　　[2:20-CV-1080-MLP]

DATED this 15th day of December, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Page 2      ORDER ON SENTENCE SIX REMAND –
            [2:20-CV-1080-MLP]